**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-7491**

_____

JAMES EDMOND WATTS,

Plaintiff - Appellant,

versus

JOHN B. METZGER, III; RON ANGELONE; DOUGLAS E.
WHALEY; D. OTTINGER; JOHN B. TAYLOR; FRED P.
ROESSEL; SERGEANT TERRY; NURSE MONROE; LIEU-
TENANT COTTRELL, a/k/a Lieutenant Contrell;
SERGEANT CARTER, SR.; SERGEANT LESUER, a/k/a
Sergeant LaSure,

Defendants - Appellees,

and

NURSE SCOTT,

Defendant.

_____

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke. James C. Turk, District Judge.
(CA-95-744-R)

_____

Submitted: February 11, 1997        Decided: August 13, 1997

_____

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

James Edmond Watts, Appellant Pro Se.  Pamela Anne Sargent, Assistant Attorney General, Richmond, Virginia; Dudley Foster Woody, WOODS, ROGERS & HAZLEGROVE, Roanoke, Virginia; Peter Duane Vieth, WOOTEN & HART, P.C., Roanoke, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Defendants' motions to dismiss his complaint filed pursuant to 42 U.S.C. § 1983 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Watts v. Metzger, No. CA-95-744-R (W.D. Va. Sept. 10, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED